THE STATE OF OHIO, APPELLANT, *v.* PETERSON, APPELLEE.

[Cite as *State v. Peterson,* 120 Ohio St.3d 1208, 2008-Ohio-6104.]

(No. 2007–2232—Submitted October 15, 2008—Decided December 2, 2008.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and R. Lynn Nothstine and Carley J. Ingram, Assistant Prosecuting Attorneys, for appellant.

Daniel J. O'Brien, for appellee.